IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

------------------------------------------------------------------------X

JANE DOE, an individual,

                          Plaintiff,

vs.

MISSIONARY OBLATES OF MARY IMMACULATE
EASTERN PROVINCE, MISSIONARY OBLATES OF
MARY IMMACULATE, INC., and U.S. PROVINCE OF THE
MISSIONARY OBLATES OF MARY IMMACULATE, INC.,

                          Defendants.

Civil Case No.:
1:22-cv-00381-LEW

------------------------------------------------------------------------X

## NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT WITH REQUEST FOR PRE-FILING CONFERENCE

**NOW COMES**, the defendant, MISSIONARY OBLATES OF MARY IMMACULATE EASTERN PROVINCE ("Eastern Province"), in the above-captioned matter, by and through the undersigned attorneys, and hereby submits the within Notice, pursuant to L.R. 56(h) and the parties Scheduling Order (ECF 22), advising the Court of its intent to move for summary judgment respecting all claims and causes asserted against it in the First Amended Complaint, and requesting a pre-filing conference as to the matters set forth in L.R. 56(h)(3).

**WHEREFORE,** the defendant respectfully requests that this Honorable Court acknowledge the instant Notice of Intent to File and schedule a pre-filing hearing on the matter at the Court's earliest convenience.

Dated: September 18, 2023

                                          Respectfully submitted,

                                          BIEDERMANN HOENIG SEMPREVIVO,
                                          A Professional Corporation

                                          By:   */s/ Sara E. Thompson*
                                                     Sara E. Thompson

One Grand Central Place
60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: (646) 218-7560
Fax: (646) 218-7510
Sara.Thompson@lawbhs.com

-and-

SMITH DUGGAN CORNELL & GOLLUB LLP

By:  */s/ Peter M. Durney*
        Peter M. Durney (Bar No. 7142)

88 Broad Street, 6th Floor
Boston, Massachusetts 02110
Tel: (617) 482-8100
PDurney@smithduggan.com

*Attorneys for Defendant*
MISSIONARY OBLATES OF MARY
IMMACULATE EASTERN PROVINCE

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on September 18, 2023, the foregoing Notice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties or their respective representatives by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's electronic filing system.

                                                      */s/ Sara E. Thompson*
                                                       Sara E. Thompson